In the Matter of the Estate of J. Milton Butler, Deceased. Frederick W. Barker, as Trustee under the Last Will and Testament of Charles A. Yates, Deceased, and Others, Appellants; Harriet L. Butler, as Executrix, etc., of J. Milton Butler, Deceased, Respondent.— Decree affirmed, with costs and disbursements. All concurred.

Clayton E. Gill, Appellant, v. The Erie Railroad Company, Respondent.— Order modified and as modified affirmed, without costs of this appeal to either party. All concurred.

Barton Weaver, Respondent, v. The New York Central and Hudson River Railroad Company, Appellant.— Judgment and order affirmed, with costs. All concurred.

Cyrus E. Glazier, Appellant, v. William Quinn, Respondent. – Judgment and order affirmed, with costs. All concurred, except Kruse, J., who dissented.

Hattie U. Edgar, Appellant, v. Harriet A. Adams, Respondent.— Judgment and order affirmed, with costs. All concurred.

Antonio Zaffram, Respondent, v. United States Gypsum Company, Appellant.— Judgment and order affirmed, with costs. All concurred, except Robson, J., who dissented.

Nora Mahaney, Appellant, v. Charles H. Tuttle and Others, Respondents.— Judgment affirmed, with costs. All concurred.

Andrew Lund, Appellant, v. The Delaware, Lackawanna and Western Railroad Company, Respondent.— Judgment and order affirmed, with costs. All concurred.

Elizabeth Osley, Respondent, v. Frank Randall, Appellant.— Judgment affirmed, with costs. All concurred.

Burton E. Sayles, Appellant, v. William T. Kelley, Respondent.— Judgment affirmed, with costs. All concurred.

Albert H. Urtel, Respondent, v. City of Lockport, Appellant.— Judgment and order affirmed, with costs.

Benjamin Young, Appellant, v. The New York Central and Hudson River Railroad Company, Respondent.— Judgment affirmed, with costs. All concurred, except Kruse, J., who dissented.

Stanislaus Kina, an Infant, by Mary Kina, His Guardian ad Litem, Appellant, v. Machwirth Brothers Company, Respondent.— Judgment affirmed, with costs. All concurred.

In the Matter of the Appointment of a Board of Examiners to Inquire into the Operation of the Jury System of the County of Erie.— Report of examining board received, approved and filed.